IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Leon Davis, | ) | Civil Action No. 5:13-2430-MGL-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | OPINION AND ORDER |
| v. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of Defendant's Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), with consent of the parties and good cause appearing therefore, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), [1] and REMANDS the cause to the Commissioner for further further administrative proceedings.

Upon remand, the Appeals Counsel will direct the Administrative Law Judge to consider evaluate Dr. McLeod's opinion pursuant to 20 C.F.R. § 404.1527; evaluate the VA rating decision pursuant to Social Security Ruling 06-03p; re-determine Plaintiff's residual functional capacity and, if necessary, obtain vocational expert testimony about whether there are other jobs in the national economy that Plaintiff can perform. The ALJ will then issue a new decision.

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

IT IS SO ORDERED.

/s/ Mary G. Lewis
United States District Judge

April 28, 2014
Spartanburg, South Carolina

2